UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                    Plaintiff, ) Case No. CR09-183 RSM
    v. )
                                      ) **DETENTION ORDER**
MICHAEL A. WINCHESTER, )
                    Defendant. )

Offense charged:

    Conspiracy to Distribute Methamphetamine

Date of Detention Hearing: June 22, 2009.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant has an extensive criminal history going back to 1994. He has failed to appear numerous times for court appearances and has been committed criminal offenses while on supervision. According to the Pretrial Report, he was terminated from a treatment program in May

DETENTION ORDER -1

2009 for using methamphetamine. Defendant also has an active Department of Corrections detainer.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 22nd day of June, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2